```
              IN THE UNITED STATES DISTRICT COURT FOR THE

                     EASTERN DISTRICT OF CALIFORNIA


LEAGUE TO SAVE LAKE TAHOE,

              Plaintiff,

         v.                          CIV. NO. S-08-2447 JAM/KJM

TAHOE REGIONAL PLANNING
AGENCY; TAHOE VISTA PARTNERS,
LLC,
              Defendants.
_____/
PEOPLE OF THE STATE OF
CALIFORNIA,

              Plaintiff,
                                     CIV. NO. S-84-0561 EJG
         v.

TAHOE REGIONAL PLANNING
AGENCY,

              Defendant.
_____/
LEAGUE TO SAVE LAKE TAHOE,

              Plaintiff,

         v.                          CIV. NO. S-84-0565 EJG

TAHOE REGIONAL PLANNING
AGENCY,

              Defendant.
_____/
LEAGUE TO SAVE LAKE TAHOE,

              Plaintiff,

         v.                          CIV. NO. S-94-0069 EJG

TAHOE REGIONAL PLANNING
AGENCY,                              NON-RELATED CASE ORDER
              Defendant.
_____/
```

1  This matter is before the court on plaintiff's Notice of
2 Related Cases, filed October 14, 2008, seeking to relate the
3 most-recently filed case, CIV. NO. S-08-2447 JAM/KJM, to three
4 inactive and closed cases previously assigned to the undersigned.
5 The court has reviewed the complaint and other supporting
6 documents and declines to relate the new case.  The undersigned
7 is now a senior judge, and no longer hears civil cases.
8 Moreover, the inactive closed cases are 14 and 20 years old.  No
9 judicial economy would be served by reassignment and relation of
10 the new complaint.
11  IT IS SO ORDERED.
12 Dated: October 29, 2008

/s/ Edward J. Garcia
EDWARD J. GARCIA, JUDGE
UNITED STATES DISTRICT COURT